UNITED STATES of America, Appellee

v.

Jessie ANDREWS, Appellant.

No. 12–3830.

United States Court of Appeals, Eighth Circuit.

Submitted: April 8, 2013.

Filed: April 16, 2013.

Stephen C. Moss, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Lauren E. Kummerer, Asst. U.S. Atty., Jefferson City, MO (Tammy Dickinson, U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before BYE, ARNOLD, and BENTON, Circuit Judges.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

PER CURIAM.

Jessie Andrews appeals the order of the district court[1] denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Mr. Andrews maintains that he is eligible for a sentence reduction based on an amendment to application note 1 to U.S.S.G. § 1B1.10. *See* U.S.S.G. § 1B1.10 comment. (n.1(A)) (2011); U.S.S.G. app. C, amend. 759. Because his argument is foreclosed by our recent holding in *United States v. Golden,* 709 F.3d 1229 (8th Cir.2013), we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.